# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TED LEE CANNON

NO. 2020 KW 0720

**OCTOBER 26, 2020**

---

In Re:   Ted Lee Cannon, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 44619.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

 **WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme Court, which has "exclusive supervisory jurisdiction . . . of all criminal writ applications relating to convictions and sentences imposed prior to July 1, 1982." La. Const. art. V, § 5(E).

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
 DEPUTY CLERK OF COURT
      FOR THE COURT